ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 16 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 16 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS - 6/ENTER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

BRIAND WILLIAMS,

      Petitioner,

      v.

LEROY D. BACA, et al.,

      Respondent.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 12-3018-JVS (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: _____5-15-12_____

_____
James V. Selna
United States District Judge